The Commonwealth's Motion to Supplement the Petition for Allowance of Appeal is hereby **DENIED AS MOOT.**

50 A.3d 122

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**A.R., Petitioner.**

**No. 269 MAL 2010.**

Supreme Court of Pennsylvania.

July 26, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of July, 2012, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Did the Superior Court err in affirming the admission of the results of the therapeutic polygraph at the violation of probation hearing? Were the enumerated conditions of admissibility appropriate?